082813Lf

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TONY GRIDER, | ) |
| Petitioner, | ) |
| vs. | ) No. 13cv0025 EJM |
| STATE OF IOWA, | ) ORDER |
| Respondent. | ) |

This matter is before the court on both Respondent State of Iowa's unresisted Motion to Dismiss, filed August 2, 2013, and Petitioner's unresisted Motion to Dismiss, filed August 9, 20013. The time to resist each respective motion has expired. The two motions both seek dismissal on substantially the same grounds, the Petition for Habeas Corpus shall be dismissed.

It is therefore

ORDERED

Petition dismissed.

August 28, 2013.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT